1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | ) No. 1:15-cv-00292---SKO </br> ) </br> ) **ORDER DIRECTING CLERK OF** </br> ) **COURT TO ADMINISTRATIVELY** </br> ) **CLOSE CASE** </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |
| Plaintiff, | |
| vs. | |
| JATINDER DANG d/b/a SAVE ON LIQUOR, | |
| Defendants. | |

On April 22, 2015, Plaintiff filed a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. 11.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action with a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).  "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of*

*San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Because Plaintiff filed a notice of dismissal of before an answer or motion for summary judgment was filed by Defendants, this case has terminated.  Rule 41(a)(1)(A)(i).

Accordingly IT IS HEREBY ORDERED that the Clerk of the Court is to administratively close this case.

IT IS SO ORDERED.

Dated:   **April 30, 2015**                                   **/s/ Sheila K. Oberto**
                                                                                 UNITED STATES MAGISTRATE JUDGE